```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 1 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Ashely Mendez,

              Plaintiff,

- against -

Peter Nagy,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 8574 (PAC)

Rule 4(m) Order

HONORABLE PAUL A. CROTTY, United States District Judge:

The above-referenced case has been assigned to this Court. The complaint was filed with the Court on October 4, 2007, but our files and ECF reflect that the complaint was never served on the defendants. It is hereby,

**ORDERED** that the plaintiff's counsel communicate with the Court, in writing, as to why plaintiff has failed to serve the summons and complaint within the 120 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if you believe that the defendant has been served, when and in what manner such service was made.

**IT IS FURTHER ORDERED** that if we do not receive any communication from plaintiff's counsel by **Friday, February 15, 2008**, showing good cause why such service was not made within the 120 days, the Court will dismiss the case for lack of prosecution. Please visit the Court's Individual Practices with respect to communication with chambers.

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

Dated: New York, New York
February 11, 2008