U.S. DISTRICT COURT OF THE STATE OF NEW YORK

COUNTY OF SOUTHERN

Index #: 8574 CIV 07
Filed: NO   Court Date: / /
Mortg #:    FD 10/3/07

ASHLEY MENDEZ

Petitioner(s)
Plaintiff(s)

— vs —

PETER NAGY

Defendant(s)
Respondent(s)

STEPHEN R. KRAWITZ, LLC
271 MADISON AVE
SUITE 200
NEW YORK, NY 10016

STATE OF NEW YORK: COUNTY OF __NASSAU__ : ss:

CURTIS WARREN, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 04, XX2008 01:48 PM, at SEC OF STATE(VTL): 123 WILLIAM ST NY, NY 10007 deponent served the within SUM/COMP/INDEX NO&DATE FILED ENDORSED THEREON on PETER NAGY defendant therein named.

**INDIVIDUAL**
1 ☐ By Personally delivering to and leaving with said _____ a true copy thereof, and that he knew the person so served to be the person mentioned and described in said _____
☐ Defendant was identified by self admission and by the photograph furnished.

**CORPORATION**
2 ☐ By delivering to and leaving with _____ at _____, NY, and that he knew the person so served to be the managing/authorized agent of the corporation, and said person stated that he was authorized to accept service on behalf of the corporation.

Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:

**SUITABLE AGE PERSON**
3 ☒ By delivering a true copy thereof to and leaving with JIMMY BIZZARRI - AUTH.PARTY, a person of suitable age and discretion at SEC OF STATE(VTL): 123 WILLIAM ST NY, NY 10007, NY, the said premises being the defendants — respondents (dwelling place) (usual place of abode) (place of business) within the State of New York.

**AFFIXING TO DOOR, ETC.**
4 ☐ By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**MAILING Use with 3 or 4**
5 ☒ Deponent completed service under the last two sections by depositing a copy of the SUM/COMP/INDEX NO&DATE FILED ENDORSED THEREON in a postpaid, properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on March 06 XX2008
BY CERTIFIED MAIL, RETURN REC. REQUESTED TO: 25715 CARLYSLE ST, DEARBORN HGTS, MI 48125
CERTIFIED#70073020000150563438
Deponent had previously attempted to serve the above named defendant/respondent.

**PREVIOUS ATTEMPTS Use with 4**
6 ☐

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT OR PERSON SPOKEN TO CONFIRMING NON MILITARY STATUS OF DEFENDANT IS AS FOLLOWS:
Approximate age 51-65   Approximate weight 161-200   Approximate height 5'4"-5'8"   Sex M
Color of skin WHITE   Color of hair BLACK/WHITE   Other MUST/BEARD/GLASSES

☐ Spoke with _____ who confirmed non-military status of defendant.
Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this 3/10/08

CURTIS WARREN, Lic. # 0870667

JANE BUTERA
Notary Public State of New York
No. 01BU6135842
Qualified in Nassau County
Commission Expires Oct 24, 20__

*Interboro Attorney Service Corporation*
2132 WANTAGH AVE. • P.O. BOX 1200 • WANTAGH, N.Y. 11793 • 516/221-2000