STEPHEN R. KRAWITZ, LLC
271 Madison Avenue, Suite 200
New York, NY 10016
212-682-0707
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ASHLEY MENDEZ,                 Civil Action No.: 07 CIV 8574 (PAC)

          Plaintiff,

     -against-                     ORDER OF DISMISSAL ON CONSENT

PETER NAGY,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

     STEPHEN R. KRAWITZ, LLC, attorneys for Plaintiff - ASHLEY MENDEZ and EPSTEIN, HARMS & McDONALD, the attorneys for Defendant - Peter Nagy, having informed the Court that they have reached a settlement, IT IS HEREBY ORDERED THAT as to the parties set forth herein, this action is dismissed with prejudice and without costs, provided however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated.

SO ORDERED

Dated:     New York, New York
            July 29, 2008

                                                             U.S.D.J.

Copies by mail to:     EPSTEIN, HARMS & McDONALD
                         By: Michael A. Buffa, Esq.
                         One Whitehall Street, 13th Floor
                         New York, NY 10004
                         212-248-9100