STEPHEN R. KRAWITZ, LLC
271 Madison Avenue, Suite 200
New York, NY 10016
212-682-0707
Attorneys for Plaintiff

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 0 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ASHLEY MENDEZ,

           Plaintiff,

    -against-

PETER NAGY,

           Defendant.
----------------------------------------X

Civil Action No.: 07 CIV 8574 (PAC)

ORDER OF DISMISSAL ON CONSENT

    STEPHEN R. KRAWITZ, LLC, attorneys for Plaintiff - ASHLEY MENDEZ and EPSTEIN, HARMS & McDONALD, the attorneys for Defendant - Peter Nagy, having informed the Court that they have reached a settlement, IT IS HEREBY ORDERED THAT as to the parties set forth herein, this action is dismissed with prejudice and without costs, provided however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated.

SO ORDERED

Dated:    New York, New York
               July 28, 2008
                   30

                                                                     _____
                                                                        U.S.D.J.

Copies by mail to:    EPSTEIN, HARMS & McDONALD
                          By: Michael A. Buffa, Esq.
                          One Whitehall Street, 13th Floor
                          New York, NY 10004
                          212-248-9100